THE PEOPLE OF THE STATE OF NEW YORK ex rel. WESLEY GOLDING, Appellant, v. LEWIS E. LAWES, Warden of Sing Sing Prison, Ossining, New York, Respondent. — Order dismissing writ of habeas corpus affirmed.  The appellant has mistaken

his remedy. If he is aggrieved he may move to set aside his plea of guilty and to vacate the judgment of conviction entered thereon. Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ., concur.